# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Marianne Ajani

                            Plaintiff,

v.                                                     Case No.: 1:16–cv–05640
                                                          Honorable Thomas M. Durkin

Phillip Bleicher

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 13, 2017:

      MINUTE entry before the Honorable Thomas M. Durkin:Bench trial held on 3/13/2017. This action is hereby dismissed without prejudice for lack of jurisdiction. Civil case terminated. Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.